UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDDIE R. HUDSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 1:17-cv-1821-SEB-MJD |
| SUPERINTENDENT, | ) ) ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Eddie Hudson.

Hudson's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 3/6/2018

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

EDDIE R. HUDSON
258703
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Marjorie H. Lawyer-Smith
INDIANA ATTORNEY GENERAL
marjorie.lawyer-smith@atg.in.gov